## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **CARL P. BENTLEY** | **CIVIL ACTION NO. 23-0771** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **ALLEN KUPP** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, having thoroughly reviewed the record, noting the lack of objection, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Carl P. Bentley's procedural due process claim [Doc. Nos. 1, 8] and request for a transfer are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's claim for excessive force against Warden Kupp is retained.

**MONROE, LOUISIANA**, this 13th day of September 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**