**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **CARL P BENTLEY #379096** | **CASE NO. 3:23-CV-00771 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ALLEN KUPP** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 24] having been considered and no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Alan Cupp's (misidentified as "Allen Kupp") Motion for Summary Judgment [Doc. No. 16], is **GRANTED**, Plaintiff Carl Bentley's Motion for Discovery [Doc. No. 23] is **DENIED**, and the case is **DISMISSED WITH PREJUDICE**.

THUS DONE in Chambers on this 26th day of February 2024.

_____
Terry A. Doughty
United States District Judge